IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Sharon A. Snyder | : | Case No. 20-21859 GLT |
|     Debtor | : | Chapter 7 |
| | : | Document No. |
| Sharon A. Snyder | : | Related to Document Nos. |
|     Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Capital One, Comenity Bank, DSBN/ | : | |
| Macy's, Duquesne Light CO., IRS, Navient, | : | |
| Office of the U.S. Trustee, PRA Receivables | : | |
| Management, PA Dept. of Revenue, | : | |
| SYNCB/HSN, SYNCH/Levin, Synchrony | : | |
| Bank, Synchrony Bank/JC Penney, Syncb/ | : | |
| Lowes, SYNCB/QVC, SYNCB/TJX, Shanni | : | |
| Snyder, Robert Slone, Trustee | : | |
|     Respondents | : | |

## MOTION TO DISMISS CHAPTER 7 BANKRUPTCY CASE

AND NOW comes the Debtor, Sharon Snyder, by and through her attorney Abagale Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. This case was commenced on June 17, 2020, when the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. The Debtor is concerned about the devolving domestic situation that is so closely intertwined with this bankruptcy proceeding, as evidenced by documents that have been filed in this instant case.

3. The Debtor no longer wishes to proceed with her chapter 7 bankruptcy as she does not wish to allow this domestic situation to have any additional time, or a stage, on which to continue to devolve. And she respectfully requests that her chapter 7 bankruptcy case be dismissed.

WHEREFORE, the Debtor, Sharon Snyder, respectfully requests this Honorable Court to dismiss her from the Chapter 7 Bankruptcy proceeding in this case.

Respectfully Submitted,

October 12, 2020                     By:/s/ Abagale Steidl
                                     Abagale Steidl, Esquire
                                     Attorney for the Debtors
                                     STEIDL & STEINBERG
                                     Suite 2830-Gulf Tower
                                     707 Grant Street
                                     Pittsburgh, PA 15219
                                     (412) 391-8000
                                     PA I.D. No.: 319217
                                     asteidl@steidl-steinberg.com