Form 302

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Sharon A. Snyder
aka Sherry A. Snyder**
 Debtor(s)

Bankruptcy Case No.: 20−21859−GLT
Related to Docket No. 35
Chapter: 7
Docket No.: 44 − 35

**ORDER**

 **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED.**

 Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

 Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: November 3, 2020

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Creditors and All Parties In Interest